LAW OFFICES OF DAVID R. GREIFINGER
David R. Greifinger (SBN 105242)
15515 Sunset Blvd., No. 214
Pacific Palisades, CA 90272
Telephone: (424) 330-0193
Facsimile: (831) 920-4846
tracklaw@me.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SCALES, an individual; ALEX MAGANA, an individual; and, BRIAN MARTELLO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> BADGER DAYLIGHTING CORP., a Nevada Corporation,; and DOES 1 – 20, inclusive, <br><br> Defendants. | Case No. 1:17-CV-00222-DAD-JLT <br><br> **DECLARATION OF PLAINTIFF DANIEL SCALES IN SUPPORT OF OPPOSITION TO BADGER DAYLIGHTING CORP.'S MOTION TO DISMISS FIRST CAUSE OF ACTION FOR FORUM NON CONVENIENS** <br><br> Date of Hearing: April 4, 2017 <br> Time of Hearing: 9:30 a.m. <br> Courtroom No. 5 <br><br> Hon. Dale A. Drozd |

I, Daniel Scales, declare as follows:

1.	I am one of the plaintiffs in this action. I make this declaration in support of the opposition to Badger Daylighting Corp.'s (Badger) motion to dismiss first cause of action for forum non conveniens. I have personal knowledge of the facts set forth in this declaration and if called as a witness could and would testify competently to those facts under oath.

2.	I am a 53 year-old native of California. I currently live in Bakersfield,

1

---

**DANIEL SCALES' DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS COMPLAINT**

California with my wife, in the home I purchased over 10 years ago. I have lived and worked in California my entire life, with the exception of brief stays in Ohio in 1984-1985 and in Hawaii in 1994-1995. I have been married for over 29 years and have two children and one grandchild.

3. I graduated from high school and attended college for one year. I do not have any legal training or background in the legal field.

4. On about August 13, 2014, Badger hired me as a regional manager for the California, Oregon, and Washington region. Badger provides hydrovac excavation services to its customers.

5. I currently net after taxes about $8,920 per month. My monthly expenses, including mortgage, car payment, insurance, food, and other day-to-day living expenses equal approximately the same amount. I have little to no discretionary income.

6. When Badger hired me, John Kelly on behalf of Badger gave me a set of documents to fill out and sign, including the contract attached as Exhibit A to Dona Manship's declaration in support of Badger's motion. Mr. Kelly told me that the documents are routine and that everybody signs them. I was not represented by legal counsel during the negotiation of my employment contract.

7. During my employment with Badger, I worked out of its Taft, California office. I only traveled outside of the State of California for training and planning business development strategies to be taken back to and implemented in California. All of my activities related to commerce were for California centered business, only. I only serviced California clients during my employment with Badger because our price points did not warrant putting company trucks in Oregon and Washington.

8. I resigned from my employment with Badger on about July 5, 2016, to pursue a better opportunity for my family with Clean Harbors. In early August 2016, Badger sent me a letter demanding that I cease my employment with Clean Harbors under the clause in my contract prohibiting me from working for any competitor for two years

2

**DANIEL SCALES' DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS COMPLAINT**

after leaving Badger.

9. On August 16, 2016, about two weeks after Badger sent me the letter, Badger filed suit against me in Marion County State Court in the state of Indiana, seeking to enforce the covenant not to compete, which would prevent me from earning a living to support my family. A copy of Badger's complaint is attached to Badger's motion as Exhibit B.

10. Badger alleges that I wrongfully recruited at least six former employees away from Badger. I deny those allegations. All of the former employees at issue live and work in the State of California.

11. I am solely responsible for my legal bills. I am not receiving any contribution from my employer. Defending a lawsuit through jury trial in Indiana will be financially devastating to me, as would be the loss of my job.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 15, 2017, at Bakersfield, California.

/Daniel Scales

3