# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SCALES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BADGER DAYLIGHTING CORP.,<br><br>　　　　　Defendant. | Case No.: 1:17-cv-00222 DAD JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE<br><br>(Doc. 16) |

　　　Due to the unavailability of plaintiff's counsel for the scheduled mandatory scheduling conference, the parties stipulate to continue the conference to June 20, 2017. (Doc. 16 at 1)  Good cause appearing, the Court **ORDERS**:

　　　1.　　The scheduling conference is **CONTINUED** to June 20, 2017 at 8:45 a.m.  Counsel may appear via teleconference by dialing (888) 557-8511 and entering Access Code 1652736 provided they lodge an "Intent to Appear Telephonically" by email to Shall@caed.uscourts.gov at least five days before the hearing.

IT IS SO ORDERED.

　　Dated:　**April 7, 2017**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE