LAW OFFICES OF DAVID R. GREIFINGER
David R. Greifinger (SBN 105242)
15515 Sunset Blvd., No. 214
Pacific Palisades, CA 90272
Telephone: (424) 330-0193
Facsimile: (831) 920-4846
tracklaw@me.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SCALES, an individual; ALEX MAGANA, an individual; and, BRIAN MARTELLO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BADGER DAYLIGHTING CORP., a Nevada Corporation,; and DOES 1 – 20, inclusive,<br><br>Defendants. | Case No. 1:17-CV-00222-DAD-JLT<br><br>**STIPULATION AND [proposed] ORDER TO CONTINUE SCHEDULING CONFERENCE AND TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Whereas, a scheduling conference in the above-captioned matter is set for June 20, 2017, before the Hon. Jennifer L. Thurston, Magistrate Judge;

Whereas, on June 1, 2017, the Court granted Defendant's Motion to Dismiss as to Plaintiff Daniel Scales but it is unclear to counsel when Defendant must file a response as to the remaining Plaintiffs Alex Magana and Brian Martello;

Whereas, the parties and counsel are engaged in good-faith settlement discussions to settle this entire matter;

014854.00011
16184325.1

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE AND TO EXTEND TIME TO RESPOND TO COMPLAINT**

Whereas, the parties wish to avoid incurring additional and unnecessary attorneys' fees pending a potential settlement; and

Now therefore the parties request that the scheduling conference be continued to July 19, 2017, or as soon thereafter as appropriate for the Court's schedule, and to extend the deadline for Defendant to respond to the Complaint as to the remaining Plaintiffs Alex Magana and Brian Martello up to and including July 11, 2017.

Dated: June 13, 2017  **LAW OFFICES OF DAVID R. GREIFINGER**

By: */s/ David R. Greifinger*
DAVID R. GREIFINGER

Attorney for Plaintiffs
Daniel Scales, Alex Magana, and Brian Martello

Dated: June 13, 2017  **ATKINSON, ANDELSON, LOYA, RUUD & ROMO**

By: */s/ Jon Setoguchi*
JON M. SETOGUCHI

Attorney for Defendant
Badger Daylighting Corp.

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE AND TO EXTEND TIME TO RESPOND TO COMPLAINT**   2

[~~propose~~d] ORDER

The scheduling conference in the above-captioned matter is continued to J̶ ___July 19___, 2017, at __8:30__ a.m.

Additionally, the deadline for Defendant to respond to the Complaint is hereby extended up to and including July 11, 2017.

Dated: ___June 13, 2017___

_____
United States District Court
Eastern District of California

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE AND TO EXTEND TIME TO RESPOND TO COMPLAINT**        3

014854.00011
16184325.1