UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SCALES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BADGER DAYLIGHTING CORP, <br><br> Defendant. | Case No.: 1:17-cv-00222 DAD JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br><br> (Doc. 21) |

On July 13, 2017, the plaintiff notified the Court that the parties have come to terms of a settlement. (Doc. 21) Counsel need time to prepare the settlement documents and to obtain signatures on it. Id. at 1-2. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than **August 25, 2017**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **July 17, 2017**                              **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE